IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>LAWRENCE A. SMITH,<br><br>               Defendant. | 8:21CR137<br><br>ORDER |

      This matter is before the Court on the government's Motion for Dismissal (Filing No. 46). The government requests the Court dismiss the Petition for Offender Under Supervision (Filing No. 31) without prejudice as to defendant Lawrence A. Smith. The Court finds the Motion should be granted. Accordingly,

      IT IS ORDERED:

1. The government's Motion for Dismissal (Filing No. 46) is granted.
2. The Petition for Offender Under Supervision (Filing No. 31) is hereby dismissed without prejudice.
3. Lawrence A. Smith's previously imposed term of supervision is terminated.

Dated this 8th day of December 2025.

                                              BY THE COURT:

                                              Robert F. Rossiter, Jr.
                                              Chief United States District Judge